David Spivak (SBN 179684)
   david@spivaklaw.com
Caroline Tahmassian (SBN 285680)
   caroline@spivaklaw.com
THE SPIVAK LAW FIRM
9454 Wilshire Blvd., Ste 303
Beverly Hills, CA 90212
Telephone (310) 499-4730
Facsimile (310) 499-4739

Attorneys for Plaintiff,
MARIA MAGANA, and all others similarly situated
(Additional attorneys for the parties on following page)

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MARIA MAGANA, on behalf of herself, all others similarly situated,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>PROFESSIONAL PROPERTY MANAGEMENT, L.L.C., an Illinois limited liability company; PROFESSIONAL PROPERTY MANAGEMENT, INC., an Illinois corporation; and DOES 1 through 10, inclusive.<br><br>*Defendant(s)* | Case No.: 5:15-CV-00925-JGB-DTBx<br><br>**ORDER RE VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Hon. Jesus G. Bernal<br>U.S. District Court Judge<br>Courtroom 1 |



Employee Rights Attorneys
9454 Wilshire Bl. Ste 303
Beverly Hills CA 90212
(310) 499-4730 Tel
(310) 499-4739 Fax
SpivakLaw.com

Having been stipulated and agreed upon by and between the parties and their respective counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-referenced lawsuit against Defendants PROFESSIONAL PROPERTY MANAGEMENT, L.L.C. and PROFESSIONAL PROPERTY MANAGEMENT, INC. is voluntarily dismissed in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

Dated: June 15, 2017  By: _____
The Honorable Jesus Bernal
JUDGE OF THE UNITED STATES
DISTRICT COURT

Employee Rights Attorneys
9454 Wilshire Bl. Ste 303
Beverly Hills CA 90212
(310) 499-4730 Tel
(310) 499-4739 Fax
SpivakLaw.com

SPIVAK LAW